IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIELLE NICOLE JOHNSON,<br><br>*Defendant*. | Case No. 1:25-MJ-328<br><br><br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, James O'Bannon, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      This Affidavit is submitted in support of a Criminal Complaint and arrest warrant for **DANIELLE NICOLE JOHNSON** ("**JOHNSON**"). Based on the information set forth in this Affidavit, I submit there is probable cause to believe that on or about June 9, 2022, **JOHNSON**, in connection with the acquisition of a firearm, that is, a Glock 19 GEN5, 9mm caliber semi-automatic pistol, bearing serial number BWSL208, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious written statement to the licensed dealer, which statement was intended or likely to deceive the dealer, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the true purchaser of the firearm when in fact as she then knew she was not the intended purchaser of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**AGENT BACKGROUND**

2.      Your affiant, Detective James O'Bannon, is a duly sworn member of the Metropolitan Police Department, having been a sworn member for the past 19 years. Upon being sworn in as a police officer with MPD, your affiant was assigned to the Seventh District patrol section and subsequently detailed to the Narcotics and Special Investigation Strike Force Unit, as well as the Division's Gun Recovery Unit. Your affiant was also detailed to the Seventh District Auto Theft and Vice units. Upon making the grade of Detective, your affiant has been assigned to the Criminal Investigations Division, Homicide Branch, and Carjacking Task Force. Currently, your affiant is assigned to the ATF Washington Field Division NIBIN Investigations Unit ("NIU"), a joint taskforce comprised of ATF Special Agents and Detectives from MPD.

3.      Before being employed by MPD, your affiant was employed as a police officer in the City of Detroit from 2004 to 2005. Your affiant has participated in hundreds of narcotic arrests and numerous gun related arrests and has drafted affidavits in support of both arrest and search warrants that have led to the arrest of hundreds of felons and the recovery of crucial evidence. Your affiant has also received on-the-job training in the areas of drugs, weapons, and narcotics enforcement. In addition, your affiant has written and executed multiple electronic media search warrants on such targets as computers, cell phones and social networking websites or accounts. Your affiant has received additional training pertaining to various aspects of criminal investigations (particularly about computer and cell phone related issues) through on-the-job training with more experienced law enforcement officers and has received similar training at MPD's Training Academy.

4.      Your affiant is a Federal Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and is authorized by law or by a Government agency to engage in or

2

supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws. Your affiant has received basic and advanced training in general law enforcement, investigations, criminal law, and the laws governing arrest and search and seizure.  He is sworn and authorized with tri-state police jurisdiction permitting him to enforce criminal law, make arrests, execute search and seizure warrants, and investigate crimes in the District of Columbia, the State of Maryland and the Commonwealth of Virginia.

5.      This Affidavit does not contain every fact known to me or the government regarding this investigation, but rather contains only information necessary to demonstrate probable cause in support of a criminal complaint and arrest warrant. All information contained in this Affidavit is either personally known to me, has been related to me by other law enforcement officers, or has been related to me by reports, records, and documents gathered during this investigation.

## BACKGROUND REGARDING FIREARM TRANSFERS

6.      Under the Gun Control Act of 1968, federal firearms licensed dealers, imports, and manufacturers generally are required to contact the National Instant Criminal Background Check System ("NICS") prior to the transfer of a firearm to any individual who is not a federal firearm licensed dealer, referred to as "non-licensee," to confirm that the recipient is not prohibited from possessing firearms. *See* 18 U.S.C. § 922(t).

7.      After receiving a NICS background check request from a Federal Firearms Licensee ("FFL"), the NICS Operations Center or a point of contact check state and local record systems, perform NICS inquiries, and then determines whether matching records indicate that the recipient is prohibited from possession a firearm under state or Federal law. In the Commonwealth of Virginia, the Virginia State Police is the point of contact for NICS background checks.

8.      Under 18 U.S.C. § 923(g)(1), FFLs are required to keep records of firearm transactions. FFLs must obtain a completed ATF Form 4473, Firearms Transaction Record, prior to the sale or other disposition of a firearm to any non-licensee. *See* 27 C.F.R. 478.124.

9.      ATF Form 4473 requires a non-licensee firearms purchaser to provide his or her personal information and answer a series of questions designed to determine if the purchaser is purchasing the firearm for themselves and if the purchaser is prohibited from possessing a firearm. The FFL also describes the firearm being purchased, including the firearm's make, model, and serial number.

10.     Importantly for purposes of this Affidavit, ATF Form 4473 requires a potential non-licensee firearm purchaser to certify that his or her answers on the ATF Form 4473 are true, correct, and complete. Among the information that a non-licensee purchaser is required to certify is that he or she is the actual transferee or buyer of the firearm. Finally, ATF Form 4473 also informs the purchaser that false oral or written statements or exhibiting any false or misrepresented identification with respect to a firearm purchase is a felony under Federal law. After completing the ATF Form 4473, a non-licensee purchaser then signs and dates the Form.

### PROBABLE CAUSE

#### *Introduction*

11.     For the past few years, federal agents have been investigating the unlawful firearms purchases of **DANIELLE NICOLE JOHNSON** ("**JOHNSON**"). As set forth below, **JOHNSON** repeatedly purchased firearms by providing false information to FFLs regarding where she was living. She also provided false information to investigators regarding where these firearms were

4

stored. Several of the firearms purchased by **JOHNSON** were later recovered by law enforcement investigating criminal activity.

### *Discovery of JOHNSON's Unlawful Firearm Purchases*

12.    On or about October 1, 2022, a convicted felon and known member of the Bloods street gang ("UCC-1") was arrested in Prince William County, Virginia, for Driving Under the Influence. After UCC-1's arrest, officers searched UCC-1's vehicle and located a privately made firearm (commonly referred to as a "ghost gun"), narcotics, and a cellphone. UCC-1 is a convicted felon, having been convicted in Prince William County for the felony offense of Robbery. State law enforcement officers obtained a search warrant for UCC-1's cellphone and shared the contents of UCC-1's cellphone extraction with federal investigators.

13.    A review of UCC-1's cellphone located a screenshot of a text message conversation between an unidentified number and phone number 703-XXX-6886, which contained four text messages. The screenshot depicted a text message marked as received on "Tuesday 4:45 PM" by the unidentified number from 703-XXX-6866 stating, "Your purchase at Trojan Arms is ready for pick up. Please get in the check out line 10-6pm." A second text message from 703-XXX-6866 stated, "Hey girl will you be making it back tonight ? Before we close ?" The unidentified number then responded, "Yes, I am pulling in now." The screenshot then contains a third message from 703-XXX-6886 marked as received on "Tuesday 10:17 AM" stating "Your purchase at

Trojan Arms is ready for pick up. Please get in the check out line 10-6pm." The screenshot is depicted below:



14.    Law enforcement records reflect that phone number 703-XXX-6886 is associated with Trojan Arms & Tactical, Inc. ("Trojan Arms"), an FFL operating in Manassas, Virginia.

15.    On or about February 24, 2023, ATF investigators interviewed the owner of Trojan Arms regarding the screenshotted text message conversation found on UCC-1's cellphone seized on or about October 1, 2022. During this interview, the owner of Trojan Arms granted consent for investigators to manually search the cellphone registered to phone number 703-XXX-6886.

16.    Investigators manually searched the phrase, "Yes, I am pulling up now." This search revealed a text message thread containing five text messages (dated February 1, 2022; June

7, 2022; and June 10, 2022) between phone number 703-XXX-6886 (used by Trojan Arms) and

phone number 202-XXX-4025. Below is a picture of the Trojan Arms cellphone with the text

messages displayed:



17.    As explained below in Paragraph 26, **JOHNSON** listed the phone number 202-

XXX-4025 as her contact number as part of a June 18, 2022, purchase of a firearm (*see infra*,

Paragraph 23b, "GUN 11") from a different FFL (All Shooters Tactical, Inc.). Accordingly, I

submit there is probable cause to believe that **JOHNSON** was the user of the phone number in

contact with Trojan Arms phone number 703-XXX-6886.

18.    Comparison of the screenshot of the text message conversation obtained from

UCC-1's phone to the text messages from the Trojan Arms cellphone revealed that the contents

of four of the five text messages located in the Trojan Arms cellphone were identical to the

contents of the four text messages displayed in the screenshot text message conversation located

in UCC-1's phone. (There was one additional prior message from February 1, 2022, that was sent by Trojan Arms to 202-XXX-4025 informing of a previous firearms purchase being ready for pickup.) Further comparison revealed that the text messages from the Trojan Arms cellphone listed the day of the week, the date, and the time that the text messages were sent.

*JOHNSON's Firearms Purchases from Trojan Arms Corresponding with Text Message Screenshot from UCC'1s Phone*

19.     The dates of the text messages that were exchanged between Trojan Arms and **JOHNSON** were cross-referenced with Trojan Arms' firearm purchase records, including ATF Forms 4473, associated with **JOHNSON**. Those records revealed that **JOHNSON** purchased the following firearms on or about the dates of the text messages:

a.  Glock 33 GEN4, .357 sig caliber pistol, bearing serial number BUKS966 ("GUN 1"), purchased on or about February 1, 2022, and received by **JOHNSON** on or about February 2, 2022;

b.  Kriss Vector SDP-E, .45 caliber pistol, bearing serial number 45P016310 ("GUN 2"), and a Glock 26 GEN5, 9mm pistol bearing serial number AGBP626 ("GUN 3"), purchased on or about June 7, 2022;

c.  Glock 19 GEN5, 9mm pistol, bearing serial number BWSL208 ("GUN 4"), and a FN Five-Seven MK2, 5.7x28mm caliber pistol, bearing serial number 386425628 ("GUN 5"), purchased on or about June 9, 2022, and received by **JOHNSON** on or about June 10, 2022.

20.     Further analysis of **JOHNSON's** ATF 4473 forms show that **JOHNSON** took possession of firearms purchased from Trojan Arms on the day, or day following, that Trojan Arms sent the message of "Your purchase at Trojan Arms is ready for pick up. Please get in the checkout line 10-6pm." to **JOHNSON** on phone number 202-XXX-4025. The below table summarizes the timing of the messages and the dates that **JOHNSON** purchased and picked up/received firearms from Trojan Arms:

| Date & Time of Message Sent to JOHNSON for Purchase Ready for Pickup | Date of Firearm(s) Purchase & Date that Firearm(s) were Received by JOHNSON | Firearm(s) Purchased and Received by JOHNSON |
|---|---|---|
| "Feb. 1, 2022 at 1:32 PM" | February 1, 2022 – Purchase Date<br><br>February 2, 2022 – Received Date | GUN 1 |
| "Tue Jun. 7 at 4:45 PM" | June 7, 2022 – Purchase Date<br><br>June 7, 2022 – Received Date | GUN 2<br>and<br>GUN 3 |
| "Fri Jun. 10 at 10:17 AM" | June 9, 2022 – Purchase Date<br><br>June 10, 2022 – Received Date | GUN 4<br>and<br>GUN 5 |

21. I reviewed the ATF Forms 4473 completed by **JOHNSON** for each of the above-referenced firearms purchases from Trojan Arms as well as other firearms purchased from Trojan Arms by **JOHNSON**, including:

a. Glock 27 GEN5, .40 caliber pistol, bearing serial number BUSU446 ("GUN 6"), purchased on or about October 6, 2021;

b. Glock 29 SF, 10mm pistol, bearing serial number BWWD616 ("GUN 7"), on or about March 26, 2022; and

c. Glock 48, 9mm pistol, bearing serial number BXMX086 ("GUN 8"), and Glock 29 SF, 10mm pistol, bearing serial number BWWD621 ("GUN 9"), purchased on or about July 29, 2022.

22. For each of these firearm purchases, **JOHNSON** certified that she was the actual purchaser of the firearms and resided at an address on Franconia Road that, as detailed further below, was not in fact her residence and was in fact a United States Post Office.

*Firearms Purchased by JOHNSON from Other FFLs*

23. As part of this investigation, I learned that **JOHNSON** had also purchased firearms from other FFLs in Virginia besides Trojan Arms. I then reviewed the ATF Forms 4473 completed by **JOHNSON** for firearms purchased from Dominion Defense, LLC, an FFL located

9

in Springfield, Virginia, and those from All Shooters Tactical, Inc., an FFL located in Woodbridge, Virginia. Those records reflected that **JOHNSON** purchased the following firearms:

   a. Glock 43, 9mm pistol, bearing serial number AGDW040 ("GUN 10") purchased on or about November 21, 2021;

   b. Glock 26, 9mm pistol, bearing serial number AGVB317 ("GUN 11"), purchased on or about June 18, 2022; and

   c. Glock 19X, 9mm pistol, bearing serial number BUYY298 ("GUN 12") purchased on or about August 12, 2022.

24.     With the exception of GUN 10, for each of these purchases, **JOHNSON** certified that she was the actual purchaser of the firearms and that she resided at an address on Franconia Road that, as detailed further below, was not in fact her residence and was actually a United States Post Office.

25.     For the purchase of GUN 10, review of the ATF Form 4473 showed that **JOHNSON** checked the "No" box in Block 21a, which states "[a]re you the actual transferee/buyer of the firearm(s) listed on this form?" but nevertheless was permitted to purchase GUN 14 by All Shooters Tactical.[1] However, for the purchase of GUN 10, she still listed the same address on Franconia Road as she did on the other ATF Forms 4473 discussed herein.

26.     Further review of the ATF Form 4473 for the purchase of GUN 11 showed that **JOHNSON** listed the phone number 202-XXX-4025 as her contact number. As detailed in this Affidavit, phone number 202-XXX-4025 was the phone number that Trojan Arms exchanged text messages with concerning firearms purchases being ready for pickup, and the dates of those text

---

[1] All Shooters Tactical recognized the error in allowing **JOHNSON** to purchase GUN 10 (because Block 21a on the ATF Form 4473 was checked "No") while providing the ATF Form 4473 related to the purchase of GUN 10 to ATF investigators. **JOHNSON** should not have been permitted to purchase GUN 10 nor physically receive it from the FFL because **JOHNSON** was not the actual transferee/buyer of GUN 10.

messages all corresponded to dates that **JOHNSON** purchased and/or received firearms from Trojan Arms.

### *Law Enforcement Recoveries of Firearms Purchased by JOHNSON*

27.    Numerous of the above-referenced firearms purchased by **JOHNSON** have been recovered by law enforcement after being seized during criminal activity involving other individuals. Specifically:

a.   GUN 1 was recovered from the waistband of an individual arrested in Oxon Hill, Maryland, on or about June 6, 2022 ("UCC-2"). UCC-2 was a convicted felon who was arrested for possessing GUN 1 following a traffic stop. **JOHNSON** was present in UCC-2's vehicle during the traffic stop and observed the arrest of UCC-2, but did not at that time claim or take ownership of GUN 1, despite having purchased GUN 1 a few months earlier;

b.   GUN 5 was recovered during the execution of a search warrant of UCC-1's residence in Lorton, Virginia, on or about February 1, 2023.[2] The search of UCC-1's residence also located fentanyl pills and cocaine. As detailed herein, UCC-1 is a convicted felon and therefore prohibited from possessing firearms; and

c.   GUN 12 was recovered during the arrest of another individual in Washington, D.C., on or about August 20, 2022 ("UCC-3"). UCC-3 is a convicted felon who was arrested for possessing GUN 13. Law enforcement has identified UCC-3 as a high-ranking member of the Crips street gang in Virginia.

### *November 2022 Interview of JOHNSON*

28.    On or about November 9, 2022, ATF agents conducted a non-custodial interview of **JOHNSON** at the offices of the Metropolitan Police Department in Washington, D.C., regarding the recovery of GUN 12 from UCC-3 on or about August 20, 2022. **JOHNSON** was attempting to have police return GUN 12 to her.

29.    During this interview, **JOHNSON** provided proof of ownership of GUN 12 as well as her Virginia Driver's License and Virginia Concealed Carry Permit.

---

[2] During the execution of the search warrant on UCC-1's residence, **JOHNSON's** registered vehicle drove by the residence. Upon seeing the presence of law enforcement, the vehicle made a U-turn and departed the area.

*Discovery of Fictious Address on JOHNSON's Driver's License and Concealed Carry Permit*

30.    The addresses listed on **JOHNSON's** Driver's License and Concealed Carry Permit were two similar addresses on Franconia Road in Alexandria, Virginia. The address listed on her Driver's License listed "Unit 31305" while her Concealed Carry Permit listed "APT #31305" at the same address on Franconia Road.

31.    However, there are no residences at that address. Instead, the address corresponds to a United States Postal Service ("USPS") Post Office. The references to "Unit" and "APT" listed on **JOHNSON's** identification cards appear to reference a P.O. Box at that address associated with **JOHNSON**. The ATF Form 4473, which **JOHNSON** had to complete for each firearm she purchased, specifically instructs firearms purchasers to list their "Current State of Residence and Address (U.S. Postal abbreviations are acceptable. *Cannot be a post office box*.)" (emphasis added).

32.    When confronted by law enforcement regarding the fictitious address listed on her identification cards, **JOHNSON** stated that the listed address was her mailing address and that she resided at a different address in Alexandria, Virginia, which she provided to law enforcement. When questioned about her numerous firearms purchases, **JOHNSON** stated that she kept all her firearms in a gun safe at her residential address.

33.    On or about February 16, 2023, federal agents executed a search of **JOHNSON's** purported residence in Alexandria, Virginia. When agents executed the search, they located no firearms or gun safes. **JOHNSON's** family members who resided at that address stated that **JOHNSON** did not reside there and has never resided there, a direct contradiction to **JOHNSON's** statement on or about November 9, 2022. **JOHNSON's** false statements to ATF investigators regarding where she resides and where she stores her firearms constitute a violation

12

of 18 U.S.C. § 1001(a)(2), which makes it a federal crime punishable by up to 5 years imprisonment to make a materially false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the executive branch of the United States.

34.     Further, I reviewed the ATF Forms 4473 for each of the firearms described herein that were purchased by **JOHNSON**. On each of them, **JOHNSON** fictitiously listed as her home address as the USPS Post Office address on Franconia Road in Alexandria. In doing so, on each occasion **JOHNSON** committed a violation of 18 U.S.C. § 924(a)(1)(A), which makes it unlawful for any person to "knowingly make[] any false statement or representation with respect to the information required by" Chapter 44, Title 18, United States Code, "to be kept in the records of a person licensed" to deal firearms.

35.     The address of a firearm purchaser is a fact material to the lawfulness of the sale of a firearm and is required to be kept in the records of licensed firearms dealers. In my training and experience, straw purchasers of firearms often use fictitious addresses and forms of identification to elude investigators. For example, in this investigation, **JOHNSON** fictitiously listing as her home address the address of a USPS Post Office prevented ATF investigators from quickly determining where **JOHNSON** resided and confirming where her firearms were stored. **JOHNSON's** repeated providing of false and fictitious addresses for her firearms purchases is especially troubling when combined with the frequency in which firearms she purchased ended up at the scene of crimes.

13

*Summary of Firearms Purchased by JOHNSON with False Information*

36.　　As set forth above, the following chart depicts firearms purchased by **JOHNSON** from on or about October 6, 2021, to on or about August 12, 2022, and for which she provided false information on the corresponding ATF Forms 4473:

| JOHNSON's Unlawful Firearms Purchases | | | | |
|---|---|---|---|---|
| **Purchase Date** | **Firearm** | **Caliber** | **Serial No.** | **FFL** |
| 10/06/2021 | Glock 27 GEN 5 | .40 | BUSU446 | Trojan Arms |
| 11/21/2021 | Glock 43 | 9mm | AGDW040 | All Shooters Tactical |
| 02/01/2022 | Glock 33 GEN 4 | .357 | BUKS966 | Trojan Arms |
| 03/26/2022 | Glock 29 SF | 10mm | BWWD616 | Trojan Arms |
| 06/07/2022 | Kriss Vector SDP-E | .45 | 45P016310 | Trojan Arms |
| 06/07/2022 | Glock 26 GEN5 | 9mm | AGBP626 | Trojan Arms |
| 06/09/2022 | Glock 19 GEN5 | 9mm | BWSL208 | Trojan Arms |
| 06/09/2022 | FNH Five-Seven MK2 | 5.7x28mm | 386425628 | Trojan Arms |
| 06/18/2022 | Glock 26 | 9mm | AGVB317 | All Shooters Tactical |
| 07/26/2022 | Glock 48 | 9mm | BXMX086 | Trojan Arms |
| 07/26/2022 | Glock 29 SF | 10mm | BWWD621 | Trojan Arms |
| 08/12/2022 | Glock 19X | 9mm | BUYY298 | Dominion Defense |

## CONCLUSION

37.    Based on the foregoing, I submit that there is probable cause to believe that on or about June 9, 2022, **JOHNSON** in connection with the acquisition of a firearm, that is, a Glock 19 GEN5, 9mm caliber semi-automatic pistol, bearing serial number BWSL208 (GUN 4), from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious written statement to the licensed dealer, which statement was intended or likely to deceive the dealer, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the true purchaser of the firearm when in fact as she then knew she was not the intended purchaser of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*James O'Bannon*
James O'Bannon
ATF Task Force Officer

Subscribed and sworn to by telephone in accordance with Fed. R. Crim. Proc. 4.1 on May 27, 2025.

Digitally signed by Ivan Davis
Date: 2025.05.27 12:44:28 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

15